COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CURT WILLIAM SPENCE, | § | |
| | § | No. 08-09-00039-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 14th District Court |
| WELLS FARGO BANK, N.A., | | |
| WACHOVIA BANK, NATIONAL | § | of Dallas County, Texas |
| ASSOCIATION & | | |
| GREGORY COURSON, | § | (TC# 08-00120-A) |
| | | |
| Appellees. | | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. We grant the motion and dismiss the appeal with prejudice. Costs are assessed against the party incurring them. *See* TEX.R.APP.P. 42.1(d).

October 7, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.